IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| KIM VU | § | |
|     Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO_____ |
| | § | |
| UNITED PROPERTY & CASUALTY | § | |
| INSURANCE COMPANY, | § | |
|     Defendant. | § | |

**DEFENDANT UNITED PROPERTY AND CASUALTY INSURANCE COMPANY'S
<u>NOTICE OF REMOVAL</u>**

Defendant United Property and Casualty Insurance Company ("UPC") files this Notice of Removal:

### I.     Background

1. On July 21, 2017, Plaintiff Kim Vu ("Plaintiff") filed this lawsuit in Tarrant County, Texas, against United Property & Casualty Insurance Company.

2. Plaintiff served UPC with a copy of the Petition on July 25, 2017.

3. UPC files this notice of removal within 30 days of receiving Plaintiff's initial pleading. *See* 28 U.S.C. § 1446(b). In addition, this Notice of Removal is being filed within one year of the commencement of this action. *See id.*

4. As required by Local Rule 81 and 28 U.S.C. § 1446(a), simultaneously with the filing of this Notice of Removal, attached hereto as Exhibit "A" is an index of state court documents. A copy of the Civil Docket Sheet is attached as Exhibit "B." A List of All Transactions in the Case is attached as Exhibit "C." A copy of Plaintiff's Original Petition is attached as Exhibit "D," and a copy of the Tarrant County E-Filing Service Request Form is attached as Exhibit "E." A copy of this Notice is also being filed with the state court and served upon the Plaintiff.

5. Venue is proper in this Court under 28 U.S.C. § 1441(a) because this district and division embrace Tarrant County, Texas, the place where the removed action has been pending.

## II. Basis for Removal

6. Removal is proper based on diversity of citizenship under 28 U.S.C. §§ 1332(a), 1441(a) and 1446. This is a civil action between citizens of different states, and the amount in controversy exceeds the sum of $75,000.00, exclusive of interest and costs.

**A.  The Proper Parties Are Of Diverse Citizenship.**

7. Plaintiff is, and was at the time the lawsuit was filed, a resident and citizen of Texas.

8. UPC was, at the time this action was commenced, and still is, a foreign (Florida) property and casualty insurance company authorized to do business in the State of Texas. UPC is organized under Chapter 982 of the Texas Insurance Code.

9. Because Plaintiff is a citizen of Texas and Defendant UPC is a citizen of Florida, complete diversity of citizenship exists among the parties.

**B.  The Amount in Controversy Exceeds $75,000.00.**

10. This is a civil action in which the amount in controversy exceeds $75,000.00. Plaintiff's Petition expressly alleges that "Plaintiff currently seeks monetary relief over $100,000 but not more than $200,000." *See* Exhibit D § 4.

### III. Conclusion and Prayer

11. Accordingly, all requirements are met for removal under 28 U.S.C. §§ 1332 and 1441. UPC hereby removes this case to this Court for trial and determination.

> Respectfully submitted,
>
> /s/ Rhonda J. Thompson
> **RHONDA J. THOMPSON, ATTORNEY-IN-CHARGE**
> rthompson@thompsoncoe.com
> State Bar No. 24029862
> **SHANNON BECK**
> sbeck@thompsoncoe.com
> State Bar No. 24092102
>
> THOMPSON, COE, COUSINS & IRONS, LLP.
> 700 N. Pearl Street, 25th Floor
> Dallas, Texas  75201
> Telephone:  (214) 871-8200
> Facsimile:   (214) 871-8209
>
> **COUNSEL FOR DEFENDANT**
> **UNITED PROPERTY & CASUALTY**
> **INSURANCE COMPANY**

### CERTIFICATE OF SERVICE

This is to certify that on the 10th day of August, 2017, a true and correct copy of the foregoing was delivered to the following counsel of record by electronic service and/or facsimile transmission and/or certified mail, return receipt requested:

Richard D. Daly
James Willis
DALY & BLACK, PC
2211 Norfolk Street, Suite 800
Houston, Texas  77098
Fax: (713) 655-1587
*Counsel for Plaintiff*

> /s/ Rhonda J. Thompson
> Rhonda J. Thompson